Name & Address:
DOUGLAS GILLIES (CA SBN 53602)
douglasgillies@gmail.com
3756 Torino Drive, Santa Barbara, CA 93105
(805) 682-7033
Attorney for Plaintiff DARYOUSH JAVAHERI

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYOUSH JAVAHERI<br>PLAINTIFF(S)<br>v.<br>JPMORGAN CHASE BANK<br>CALIFORNIA RECONVEYANCE COMPANY<br>and DOES 1-150, inclusive<br>DEFENDANT(S). | CASE NUMBER<br>CV10 8185 ODW (FFMx)<br><br>**SUMMONS** |

TO:   DEFENDANT(S): JPMORGAN CHASE BANK, N.A. and CALIFORNIA RECONVEYANCE CO.

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☑ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Douglas Gillies_____, whose address is _3756 Torino Drive, Santa Barbara, CA 93105_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __OCT 29__        By: __CHRISTOPHER POWERS__   SEAL
                                Deputy Clerk

                                *(Seal of the Court)*

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

CV-01A (12/07)                                    SUMMONS