NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

DOUGLAS GILLIES (CA SBN 53602)
douglasgillies@gmail.com
3756 Torino Drive, Santa Barbara, CA 93105
(805) 682-7033

FILED
10 OCT 29 PM 1:23
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

ATTORNEYS FOR: DARYOUSH JAVAHERI

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DARYOUSH JAVAHERI

Plaintiff(s),

v.

JPMORGAN CHASE BANK,
CALIFORNIA RECONVEYANCE COMPANY

Defendant(s)

CASE NUMBER:

CV10 8185 ODW (FFMx)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for DARYOUSH JAVAHERI
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| JPMORGAN CHASE BANK, N.A. | Defendant |
| CALIFORNIA RECONVEYANCE CO. | Defendant |
| WASHINGTON MUTUAL BANK | Loan originator |
| BANK OF AMERICA | Loan servicer |

October 29, 2010
Date

Sign

Douglas Gillies, attorney for plaintiff Daryoush Javaheri
Attorney of record for or party appearing in pro per

CV-30 (04/10)                NOTICE OF INTERESTED PARTIES