1  DOUGLAS GILLIES, ESQ. (53602)
2  douglasgillies@gmail.com
   3756 Torino Drive
3  Santa Barbara, CA 93105
4  (805) 682-7033

5  Attorney for Plaintiff
6  DARYOUSH JAVAHERI

7

8               UNITED STATES DISTRICT COURT
9               CENTRAL DISTRICT OF CALIFORNIA

10

11 DARYOUSH JAVAHERI,                       ) Case No. ____
12              Plaintiff,                           )
13              v.                                   ) **PLAINTIFF'S EX PARTE**
                                                     ) **APPLICATION**
14 JP MORGAN CHASE BANK N.A.,               ) **FOR TEMPORARY**
    CALIFORNIA RECONVEYANCE                  ) **RESTRAINING ORDER AND**
15 CO., and DOES 1-150, inclusive,          ) **ORDER TO SHOW CAUSE RE:**
16              Defendants.                          ) **PRELIMINARY INJUNCTION –**
                                                     ) **IMMEDIATE RELIEF SOUGHT**
17                                                )
18                                                )
19                                                )

20 _____

21 Plaintiff DARYOUSH JAVAHERI hereby applies for a temporary restraining order
22 and order to show cause restraining Defendants JPMORGAN CHASE, N.A., a New
23 York corporation, and CALIFORNIA RECONVEYANCE CO., a California
24 corporation ("Defendants"), from selling, transferring, conveying, foreclosing upon,
25 evicting or any other conduct adverse to Plaintiff regarding the real property located
26 10809 Wellworth Avenue, Los Angeles, CA 90024 ("Property"). **Defendants have**
27 **noticed a Trustee's Sale of Plaintiff's Property to take place on November 8, 2010**
28 **and immediate injunctive relief is requested.**

1     Plaintiff respectfully requests that the Court temporarily restrain and enjoin
2 defendants from selling, transferring, conveying or foreclosing upon Plaintiff's
3 Property, including but not limited to restraining and enjoining defendants from
4 proceeding with any Trustee's Sale of Plaintiff's Property. Plaintiff also requests an
5 Order to Show Cause why a preliminary injunction should not be granted enjoining
6 Defendants and their agents, servants and employees from conducting any sale or
7 taking any other action to effect an assignment of rents or hinder Plaintiff's ability to
8 enjoy his Property during the pendency of this action.
9     This application is made on the grounds that Plaintiff's complaint demonstrates that
10 he is entitled to the relief demanded, in that Plaintiff has raised serious issues as to
11 whether Defendants may lawfully foreclose on the Property, that Plaintiff is likely to
12 prevail on the merits, and that the balance of hardships tips firmly in Plaintiff's favor.
13 Any sale, auction, transfer of ownership, further encumbering or assignment of rents of
14 Plaintiff's Property will cause great and irreparable injury and harm to Plaintiff before
15 the matter can be decided without the imposition of a restraining order. A declaratory
16 judgment in Plaintiff's favor will be rendered ineffectual and meaningless if there is a
17 sale, auction, transfer of ownership, or further encumbering of Plaintiff's Property.
18 Pecuniary compensation will not afford adequate relief, particularly in light of the fact
19 that it would be extremely difficult to ascertain the amount of compensation which
20 would afford adequate relief and because Plaintiff's Property is unique. He designed
21 and built the residence himself, and resides there with his wife and young child.
22 Restraint of defendants' action is necessary if a declaratory judgment is to have any
23 effect and accomplish its purpose of avoiding a multiplicity of litigation.
24     Plaintiff has not previously applied to any court for similar relief.
25     This application is based upon the complaint in this case, memorandum of points
26 and authorities, declarations and other documentary evidence, as well as the argument
27 of counsel, if such be permitted.
28     ///

1 | Respectfully submitted,
2 |
3 | Date: October 29, 2010
4 | /s/
5 | _____
6 | Douglas Gillies, attorney for Plaintiff

Application for TRO and OSC

- 3 -