1  DOUGLAS GILLIES, ESQ. (53602)
2  douglasgillies@gmail.com
   3756 Torino Drive
3  Santa Barbara, CA 93105
4  (805) 682-7033
5
   Attorney for Plaintiff
6  DARYOUSH JAVAHERI
7

FILED
10 OCT 29 PM 1:23
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

CV10 8185 ODW (FFMx)

11  DARYOUSH JAVAHERI,            ) Case No. ____
12                                )
              Plaintiff,           )
13         v.                      ) **CERTIFICATE OF GOOD FAITH**
                                  ) **EFFORT**
14  JP MORGAN CHASE BANK N.A.,     )
    CALIFORNIA RECONVEYANCE       )
15  CO., and DOES 1-150, inclusive,)
16                                )
              Defendants.          )
17                                )

18  _____

19  Douglas Gillies declares:

20   I am plaintiff's attorney and I have made the following efforts to notify counsel for
21  defendants of plaintiff's Ex Parte Application for Order to Show Cause and Temporary
22  Restraining Order to enjoin a foreclosure sale of Plaintiff's residence on November 8,
23  2010.
24   Defendant California Reconveyance Company ("CRC") is named as Trustee on
25  Plaintiff's Deed of Trust and has filed a Notice of Default and Notice of Trustee's Sale
26  naming Defendant JPMorgan Chase as Loan Servicer. On October 29, 2010, I will
27  delivered to CRC a copy of the Complaint, Application for OSC, Memorandum of
28  Points & Authorities, Proposed Order, and other Initiating Documents on both

1  defendants by personally delivering a copy to the to the registered Agent for Service of
2  Process for Defendants JPMorgan Chase NA and California Reconveyance at the
3  following address:

        CT Corporation System
        818 W 7th Street
        Los Angeles, CA 90017

    On July 12, I telephoned an attorney representing Chase in another matter and asked if his firm handled all of Chase's lawsuits in Los Angeles. He said that their firm would have to fill a 100-story building to handle all of Chase's litigation.

October 29, 2010

                                       Douglas Gillies, attorney

- 2 -