UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-08185-ODW(FFMx) | Date | May 31, 2011 |
|---|---|---|---|
| Title | Daryoush Javaheri v. JP Morgan Chase Bank N.A. et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):** Order Vacating Motion to Dismiss Case [30]

The hearing on the above-referenced motion, scheduled for June 6, 2011 at 1:30 p.m. is hereby VACATED. The matter stands submitted. An order will issue.

IT IS SO ORDERED.

                                                                                              : 00

Initials of Preparer    sce