**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Daryoush Javaheri,<br><br>                                   Plaintiff(s)<br>        v.<br><br>JP Morgan Chase Bank N.A. et al.,<br><br>                                   Defendant(s). | CASE NUMBER<br><br>CV 10-08185-ODW(FFMx)<br><br>**ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE** |

The Court, having considered the parties Settlement Procedure Selection Request and Notice, hereby:

**ORDERS** the Request for:

**SETTLEMENT PROCEDURE NO. 2** (OUTSIDE ADR)

be:
APPROVED.

For Settlement Procedure No. 2, counsel are responsible for contacting the settlement officer at the appropriate time to arrange for further proceedings. Upon obtaining the settlement officer's consent to serve, counsel shall file Form ADR-02 (Stipulation Regarding Selection of Attorney Settlement Officer) with the court. For Settlement Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or mediator at the appropriate time to arrange for further proceedings.

Dated: August 30, 2011

_____
United States District Judge