1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYOUSH JAVAHERI, an individual, | Case No. 2:10-cv-08185-ODW (FFM) |
| Plaintiff, | **ORDER AMENDING SCHEDULING AND CASE MANAGEMENT DATES** |
| v. | |
| JP MORGAN CHASE BANK N.A., a corporation, | |
| Defendant. | |

The Court has received the parties' amended Joint Rule 26(f) Report. (ECF No. 55.) The Court's August 30, 2011 Scheduling and Case Management Order (ECF No. 45) is hereby **AMENDED** as set forth below.

The Court notes that this action has been consolidated with *Javaheri v. JPMorgan Chase Bank, N.A.*, No. CV11-10072-ODW(FFM). (ECF No. 50.) As noted in the Court's May 16, 2012, "[t]his consolidation is for all purposes." (*Id.*) This includes discovery. Therefore, the Court will not bifurcate discovery deadlines. All discovery deadlines set forth below apply to the entirety of this consolidated action.

The Court also notes the parties' proposal that they "will plan to serve their initial disclosures by July 15, 2012." (ECF No. 55, at 4:20–21.) This is unacceptable.

The parties hereby **ORDERED** to serve their initial disclosures as soon as practicable, and in no event later than **June 19, 2012**.

The amended Scheduling and Case Management dates are as follows:

| Event | Old Date | New Date |
|---|---|---|
| Jury Trial at **9:00 a.m.** Estimated length: **5 days** | 09/18/12 | 01/15/13 |
| Last Date to File Final Pretrial Exhibit Stipulation | 09/13/12 | 01/10/13 |
| Hearing on Motions in Limine at **2:30 p.m.** | 09/10/12 | 01/07/13 |
| Pre-Trial Conference at **2:30 p.m.** Deadline to File Motions In Limine, Proposed Voir Dire Questions and an Agreed-to Statement of Case | 08/27/12 | 12/24/12 |
| Deadline to: Lodge Proposed Pretrial Conference Order & Pretrial Exhibit Stipulation; File Contentions of Fact and Law, Exhibit and Witness Lists, Status Report Regarding Settlement, Agreed Upon Set of Jury Instructions and Verdict Forms, Joint Statement Re Disputed Jury Instructions, Verdicts, etc. | 08/20/12 | 12/17/12 |
| Last date for hearing motions at **1:30 p.m.** | 07/30/12 | 11/26/12 |
| Last date to conduct Settlement Conference | 07/23/12 | 11/19/12 |
| Discovery cut-off | 06/18/12 | 10/15/12 |
| Last date to amend pleadings or add parties | 12/05/11 | **Expired** |

**IT IS SO ORDERED.**

June 12, 2012

_____
**HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

2