THEODORE E. BACON (CA Bar No. 115395)
tbacon@AlvaradoSmith.com
DAVID J. MASUTANI (CA Bar No. 172305)
dmasutani@alvaradosmith.com
MICHAEL B. TANNATT (CA Bar No. 117133)
mtannatt@alvaradosmith.com
ALVARADOSMITH
A Professional Corporation
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071
Tel: (213) 229-2400
Fax: (213) 229-2499

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., and CALIFORNIA
RECONVEYANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYOUSH JAVAHERI,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., CALIFORNIA RECONVEYANCE COMPANY and DOES 1-150, inclusive,<br><br>Defendants. | Case No.: **CV-10 8185 ODW (FFMx)**<br><br>The Hon. Otis D. Wright II.<br><br>DECLARATION OF DEBORAH BRIGNAC IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>DATE:     July 30, 2012<br>TIME:     1:30 p.m.<br>CRTRM:   11<br><br>Action Filed:   October 29, 2010<br>Trial Date:     September 18, 2012 |

## DECLARATION OF DEBORAH BRIGNAC

I, Deborah Brignac, declare as follows:

1. I am President of Defendant California Reconveyance Company ("CRC"). I am duly authorized by CRC to make this declaration on its behalf.

2. I submit this Declaration in support of the Motion for Summary Judgment, or, in the alternative, Partial Summary Judgment. If called as a witness in this matter, I am competent to testify of my own personal knowledge, to the best of my recollection, as to the matters set forth in this Declaration.

3. As of April 30, 2010, I had signing authority as a Vice-President of JPMorgan Chase Bank, N.A. In this capacity, I was authorized to sign and did sign the Substitution of Trustee (attached as Exhibit "1" to the Declaration of Jessica Snedden) on behalf of JPMorgan Chase Bank, N.A.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24 day of May, 2012 at Chatsworth, California.

_____
Deborah Brignac, Declarant