O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No. | CV10-08185  ODW (FFMx) | Date | July 10, 2012 |
|---|---|---|---|
| Title | *Javaheri v. JPMorgan Chase Bank, N.A., et al.* | | |

Present: The Honorable Otis D. Wright II, United States District Judge

| Sheila English | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):**   Order STRIKING Plaintiff's Motion to Continue Hearing on Defendant's Motion for Partial Summary Judgment [66]

The Court is in receipt of Plaintiff's Motion to Continue Hearing Re: Defendant's Motion for Partial Summary Judgment.  (ECF No. 66.)  Plaintiff's request is improper as a regularly noticed motion and is therefore **STRICKEN**.  Plaintiff may refile the request as a stipulation or an ex parte application to extend time in accordance with paragraph 6(b) of the Court's Scheduling and Case Management Order, ECF No. 45, at 4:19–27.

**IT IS SO ORDERED**.

----   :   00

Initials of Preparer   se