UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-08185-ODW(FFMx) | Date | August 13, 2012 |
|---|---|---|---|
| Title | Daryoush Javaheri v. JP Morgan Chase Bank N.A. et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | Katie Thibodeaux |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Douglas Crawford Gillies | Michael Tannatt |

**Proceedings:**     **MOTION for Partial Summary Judgment as to Second Amended Complaint [58]**

Case called, appearances made.  The Court hears oral argument from counsel.

The matter is submitted.  An order will issue.

|  | : | 20 |
|---|---|---|
| Initials of Preparer | se | |