Name, Address and Telephone Number of Attorney(s):

David J. Masutani, Esq. (CA Bar No. 172305)
AlvaradoSmith, APC
633 W. Fifth Street, #1100
Los Angeles, CA 90071; Tel: (213) 229-2400
Email: dmasutani@alvaradosmith.com; for Defendants

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daryoush Javaheri, <br><br> v.          Plaintiff(s) <br><br> JPMorgan Chase Bank, N.A., California Reconveyance Company, et al. <br><br> Defendant(s). | CASE NUMBER <br><br> 2:10-cv-08185 <br><br> REQUEST: <br> ADR PROCEDURE SELECTION |

Pursuant to Civil L.R.16-15, the parties request that the Court approve the following ADR procedure:

☐ **ADR PROCEDURE NO. 1** - The parties shall appear before the ☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☑ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel for mediation.

☐ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: Nov. 2, 2012

Attorney for Plaintiff  Douglas Gillies

Dated:

Attorney for Plaintiff

Dated: Nov. 2, 2012

Attorney for Defendants  JPMorgan and CRC

Dated:

Attorney for Defendant

NOTE: If additional signatures are required, attach an additional page to this request.

ADR-01 (01/12)         REQUEST: ADR PROCEDURE SELECTION         Page 1 of 1