UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-08185-ODW(FFMx) | Date | November 16, 2012 |
|---|---|---|---|
| Title | Daryoush Javaheri v. JP Morgan Chase Bank N.A. et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | | None Present |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None Present | | None Present |

**Proceedings:**     **(IN CHAMBERS)**   Order Vacating Hearing on MOTION  for Summary Judgment or in the Alternative, Partial Summary Judgment [102]

The hearing on the above-referenced motion, scheduled for November 26, 2012 at 1:30 p.m., is hereby **VACATED** and taken off calendar.  No appearances are necessary.

The matter stands submitted, and will be decided upon without oral argument . An order will issue.

IT IS SO ORDERED.

                                                                                                                    :    00

                                                                        Initials of Preparer    SE