1  DOUGLAS GILLIES, ESQ.  (CA 53602)
2  douglasgillies@gmail.com
   3756 Torino Drive
3  Santa Barbara, CA 93105
4  (805) 682-7033

5  Attorney for Plaintiff
6  DARYOUSH JAVAHERI

7

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | DARYOUSH JAVAHERI, | Case No. CV 10-8185-ODW (FFM)
12 | Plaintiff, | [Consolidated with Case No. CV11-10072-ODW(FFM)]
13 | v. |
14 | JPMORGAN CHASE BANK N.A., and DOES 1-10, inclusive, | JUDGE:  Hon. Otis D. Wright II
15 | Defendants. | REQUEST FOR LEAVE TO FILE DECLARATION OF DOUGLAS GILLIES IN SUR-REPLY TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT
16 | |
17 | |
18 | |
19 | |
20 | | DATE: November 26, 2012
21 | | TIME: 1:30 PM
22 | | CRTRM: 11
23 | | Action Filed: December 5, 2011
24 | | Trial Date: January 15, 2013
25

26

27

28

1

2    Plaintiff requests leave of court to file the Declaration of Douglas Gillies in
3 Opposition to Defendant's Motion for Partial Summary Judgment, attached hereto as
4 Exhibit "1," on the grounds stated in the declaration.

5

6 Date: November 19, 2012           Respectfully submitted,

7

8

9                                  /s/_____
10                                 Douglas Gillies
                                   Attorney for Plaintiff Daryoush Javaheri
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28