# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | |
| v. | **AMENDED** |
| | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

_____   _____   _____
Date Filed                            Doc. No.                   Title of Doc.

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____ .
☐ The hearing date has been rescheduled to _____ at _____
☐ Other

Clerk, U.S. District Court

Dated: _____   By: _____
                                                           Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge

**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**

G-112B (01/07)