**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYOUSH JAVAHERI,<br><br>                    Plaintiff,<br><br>          v.<br><br>JPMORGAN CHASE BANK, N.A.;<br>CALIFORNIA RECONVEYANCE<br>COMPANY and DOES 1–150, inclusive,<br><br>                    Defendants. | Case No. 2:10-cv-08185-ODW(FFMx)<br><br>**JUDGMENT** |

In accordance with the Court's findings of fact and conclusions of law contained in its December 11, 2012 Order Granting Summary Judgment, **IT IS HEREBY ORDERED**:

    1.     Plaintiff Daryoush Javaheri takes nothing;

    2.     Judgment for Defendants JP Morgan Chase Bank, N.A. and California Reconveyance Company.

    3.     The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

December 11, 2012

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**